JUSTICE BLACKMUN, with whom JUSTICE BRENNAN and JUSTICE MARSHALL join, dissenting.

For the reasons set forth in the dissenting opinion in *Holloway* v. *Florida*, 449 U. S. 905 (1980), I would grant the petition for certiorari and afford this case plenary consideration. See also *Spaziano* v. *Florida*, 454 U. S. 1037, 1041 (1981) (dissenting opinions).

No. 82–5648.   BOLDER *v.* MISSOURI.   Sup. Ct. Mo.; and

No. 82–5698.   MELSON *v.* TENNESSEE.   Sup. Ct. Tenn. Certiorari denied.   Reported below: No. 82–5648, 635 S. W. 2d 673; No. 82–5698, 638 S. W. 2d 342.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–2129.   EISENBERG *v.* CROWLEY, *ante*, p. 827;

No. 81–2251.   WILLIAMS *v.* COOK COUNTY CIVIL SERVICE COMMISSION ET AL., *ante*, p. 833;

No. 81–6813.   ELLEDGE *v.* FLORIDA, *ante*, p. 981;

No. 81–6820.   BORCHERDING *v.* UNITED STATES ET AL., *ante*, p. 1014;

No. 81–6861.   WHITLEY *v.* VIRGINIA, *ante*, p. 882;

No. 81–6875.   FASICK *v.* UNITED STATES, *ante*, p. 1014;

No. 81–6953.   BOYER *v.* RILEY ET AL., *ante*, p. 1035;

No. 82–145.   SMITH *v.* GONZALES ET AL., *ante*, p. 1005;

No. 82–179.   SACCHINELLI *v.* GEORGIA, *ante*, p. 1015;

No. 82–371.   BEHAR *v.* SOUTHEAST BANK TRUST CO., N.A., PERSONAL REPRESENTATIVE OF THE ESTATE OF BEHAR, *ante*, p. 970; and

No. 82–442.   CALVO *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL., *ante*, p. 989.   Petitions for rehearing denied.